RECEIVED
IN ALEXANDRIA, LA
FEB - 1 2008
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**LAKE CHARLES DIVISION**

| | | |
|---|---|---|
| USA | : | DOCKET NO. 00-20030-03 |
| VS. | : | JUDGE TRIMBLE |
| ALBERT L. MOUTON | : | MAGISTRATE JUDGE KAY |

JUDGMENT
~~ORDER~~

Before the Court is a "Motion for Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c)(2)" (doc. #374). Defendant's motion is based on Amendments that will not have retroactive effect until March 3, 2008. Accordingly, it is

**ORDERED** that the motion is **STAYED** until March 3, 2008.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 1st day of February, 2008.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE